UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
MANUELE VERDI, individually and in his official capacity as the Assistant Principal of Public School 24 ("P.S. 24"), a public school under the auspices of the NEW YORK CITY DEPARTMENT OF EDUCATION,

                                 Plaintiff,

                    -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION, MELODIE MASHEL, both individually and within her official capacity as the Superintendent of Bronx School District 10, within the NEW YORK CITY DEPARTMENT OF EDUCATION and STEVEN SCHWARTZ, both individually and within his official capacity as the Acting Principal of Public School 24 within the NEW YORK CITY DEPARTMENT OF EDUCATION,

                                Defendants.
---------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

17-cv-1755 (VEC)

        **WHEREAS**, Plaintiff, MANUELE VERDI, commenced this action by filing a summons and complaint in the United States District Court in the Southern District of New York; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this action, without further proceedings and without admitting any fault or liability; and

        **WHEREAS**, no party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this action;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff and defendants, as follows:

- 7 -

The above-captioned action is hereby withdrawn, discontinued, and dismissed with prejudice, without costs to any party, and an order to that effect may be entered without further notice. Faxed or scanned copies of the signed stipulation shall have the full force and effect of a signed original.

Dated:   New York, New York
         October 16, 2018

| | |
|---|---|
| CONDE & GLASER, LLP<br>Attorneys for Plaintiff<br>291 Broadway, 17th Floor<br>New York, New York 10007<br>Tel: (212) 385-9300 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 2-196<br>New York, New York 10007<br>Tel: (212) 356-2457 |
| By: _____<br>Ezra Glaser<br>Attorney for Plaintiff | By: _____<br>Kimberly K. Brown<br>Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.